# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

FRANK BARNES,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

Case No.: 2:17-cv-14011

Hon. Arthur J. Tarnow

Magistrate Judge Dave R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement to be executed by them, to Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice and without costs or attorneys' fees.

This is a final order that resolves the last pending claim and closes this case.

                                                  s/Arthur J. Tarnow
                                                  ARTHUR J. TARNOW
                                                  SENIOR U.S. DISTRICT JUDGE

Dated: March 28, 2018

*Stipulated as to form and content:*

Dated: March 28, 2018

| | |
|---|---|
| */s/* **Robert P. Zora** | */s/* **Jordan Z. Weiss** *(w/ permission)* |
| Robert P. Zora (P74231) | Jordan Z. Weiss (P74097) |
| Dickinson Wright PLLC | Jordan Z. Weiss, PLLC |
| 500 Woodward Ave, Ste. 4000 | 32000 Northwestern Highway, Ste.275 |
| Detroit, MI 48226-3425 | Farmington Hills, MI 48334 |
| (313)223-3500 | (248)939-9979 |
| RZora@dickinsonwright.com | Jordan@jzwesq.com |